FILED ENTERED
LODGED RECEIVED

SEP 08 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DENNIS PAUL RAJSKI<br>a/k/a DAVID WESLEY KELLER,<br>Defendant. | NO. CR17-221 RSL<br><br>**INFORMATION** |

The United States Attorney charges that:

**COUNT 1**
**(Theft of Public Funds)**

Beginning in or about September 2010, and continuing through about February 2014, at Seattle, within the Western District of Washington, and elsewhere, the defendant, DENNIS PAUL RAJSKI a/k/a DAVID WESLEY KELLER did willfully and knowingly embezzle, steal and convert to his own use and the use of another money of the United States, namely Social Security benefits having an aggregate value of approximately ninety thousand dollars ($90,000), with the intent to deprive the United

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

States of the use and benefit of that money.

All in violation of Title 18, United States Code, Section 641.

DATED: September 8, 2017

ANNETTE L. HAYES
United States Attorney

KATHERYN K. FRIERSON
Assistant United States Attorney

BENJAMIN T. DIGGS
Special Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970